✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** Dennis Port    **Related Case Information:**

**County** Barnstable

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  19-MJ-6421-MPK
Search Warrant Case Number  19-6413-MPK; 19-6419-MPK
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Sean Gleason    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) Dennis Port, MA

Birth date (Yr only): 1984   SSN (last4#): 8213   Sex M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:** Rebecca Aitchison    Address 51 Sleeper Street, 5th Floor

**Bar Number**    Boston, MA 02210

## U.S. Attorney Information:

**AUSA** Adam W. Deitch    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 09/10/2019

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/10/2019    Signature of AUSA: /s/ Adam W. Deitch

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Sean Gleason

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) | receipt of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(a)(5)(B) | possession of child pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____